UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 06, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RACHELLE NICOLE COPELAND,

        Defendant.

Case No.  2:26-cr-00031-DJC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RACHELLE NICOLE COPELAND,

Case No.  2:26-cr-00031-DJC , Charge 18 USC § 1708, from custody for the following

reasons:

   X  Release on Personal Recognizance

      Bail Posted in the Sum of $ _____

         Unsecured Appearance Bond $ _____

         Appearance Bond with 10% Deposit

         Appearance Bond with Surety

         Corporate Surety Bail Bond

         (Other):

      Sacramento County Jail is further ORDERED to release the defendant with a

      30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 06, 2026, at 3:00 PM.

By: _____

Magistrate Judge Allison Claire