HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
RACHELLE NICOLE COPELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHELLE NICOLE COPELAND,<br><br>Defendant. | Case No. 2:26-cr-00031 DJC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Allison Claire |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Zachary Malinski, counsel for the United States, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Rachelle Nicole Copeland, that Ms. Copeland's conditions of release be modified so that she can enter inpatient treatment at WestCare in Fresno, CA.

Ms. Copeland was released from custody onto pretrial supervision on April 6, 2026. Dkts. 7, 10. Part of her conditions required that she report to Pretrial Services for intake and processing.  After discussing her conditions with her Pretrial Services Officer, Ms. Copeland wishes to attend inpatient treatment at the WestCare inpatient facility in Fresno, CA.  Neither the government nor pretrial services have an objection to her doing so.

As a result, the parties now request that Ms. Copeland's conditions of release be modified by adding the following special conditions:

15.     You must participate in the substance abuse treatment program at WestCare inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

   a.     A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

16.     Upon successful completion of WestCare you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer; and

17.     Upon completion of the residential program at WestCare, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other previously imposed terms and conditions will remain in full force and effect.


Dated: April 8, 2026                    Respectfully submitted,


                                        HEATHER E. WILLIAMS
                                        Federal Public Defender

                                        /s/ Meghan D, McLoughlin
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RACHELLE NICOLE COPELAND


Dated: April 8, 2026                    ERIC GRANT
                                        United States Attorney

                                        /s/ Zachary Malinski
                                        ZACHARY MALINSKI
                                        Assistant United States Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Order Setting Special Conditions of Release, Dkt. 9, to include the conditions as stipulated by the parties above.

**IT IS SO FOUND AND ORDERED** this 8th day of April, 2026.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulated Request to Modify Conditions of
Release and [PROPOSED] Order
-3-