HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RACHELLE NICOLE COPELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RACHELLE NICOLE COPELAND,<br><br>Defendant. | Case No. 2:26-CR-00031-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:   May 21, 2026<br>TIME:    9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, RACHELLE NICOLE COPELAND, by and through her counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on May 21, 2026.

2. By this stipulation, defendant now moves for continuance of the status conference until July 16, 2026, at 9:00 a.m., and to exclude time between May 21, 2026 and July 16, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, financial documents, cell phone extractions, and video footage, totaling over 8200 bates-stamped pages. This discovery

has been produced directly to defense counsel.

b) Counsel for the defendant is in the process of reviewing all discovery, and conducting her own independent factual investigation and legal research. She requires more time to do so, and to discuss with her client her findings and analysis, case resolution and sentencing options, and any future plea offers.

c) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2026, to July 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

//

//

//

//

*United States v. Copeland* – Stipulation to Continue Status Conference; Order

2

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 14, 2026            */s/ Meghan D. McLoughlin*
                              MEGHAN D. McLOUGHLIN
                              Assistant Federal Defender
                              Attorney for Defendant
                              RACHELLE NICOLE COPELAND


ERIC GRANT
United States Attorney


Dated: May 14, 2026            */s/ Zachary Malinski*
                              ZACHARY MALINSKI
                              Assistant United States Attorney


## ORDER

**IT IS SO FOUND AND ORDERED** this 15th day of May, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*United States v. Copeland* – Stipulation to Continue Status Conference; Order

3