HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
RACHELLE NICOLE COPELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RACHELLE NICOLE COPELAND,<br>Defendant. | Case No. 2:26-cr-00031 DJC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Zachary Malinski, counsel for the United States, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Rachelle Nicole Copeland, that Ms. Copeland's conditions of release be modified so that she can participate in a cognitive behavioral therapy program.

Ms. Copeland was released from custody onto pretrial supervision on April 6, 2026. Dkts. 7, 10. Her conditions were then modified to include inpatient treatment at WestCare, in Fresno, CA. Dkt. 15. Ms. Copeland has completed the inpatient program at WestCare and, after discussing with her Pretrial Services Officer, now seeks to modify her conditions to include participation in a cognitive behavioral therapy program, to support her aftercare treatment. Neither the government nor pretrial services has an objection to her doing so.

As a result, the parties now request that Ms. Copeland's conditions of release be modified by adding the following special condition:

> 18. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

All other previously imposed terms and conditions will remain in full force and effect.

Dated: July 10, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
RACHELLE NICOLE COPELAND

Dated: July 10, 2026

ERIC GRANT
UNITED STATES ATTORNEY

*/s/ Zachary Malinski*
ZACHARY MALINSKI
Assistant United States Attorney

**~~[PROPOSED]~~ FINDINGS AND ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Amended Special Conditions of Release, Dkt. 15, to include the conditions as stipulated by the parties above.

IT IS SO ORDERED.

Dated: July 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE