ERIC GRANT
United States Attorney
ZACHARY MALINSKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RACHELLE NICOLE COPELAND,<br>Defendant. | CASE NO. 2:26-CR-0031-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 24, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 6, 2026, defendant was arraigned on an indictment alleging two counts of possession of stolen mail, in violation of 18 U.S.C. § 1708, and two counts of possession of mail keys, in violation of 18 U.S.C. § 1704.

2. By previous order, this matter was set for status on September 24, 2026.

3. On August 31, 2026 defendant was arraigned on a superseding indictment alleging two counts of possession of stolen mail, in violation of 18 U.S.C. § 1708, two counts of possession of mail keys, in violation of 18 U.S.C. § 1704, three counts of bank fraud, in violation of 18 U.S.C. § 1344(2), and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).

4. By this stipulation, defendant now moves to continue the status conference until

December 17, 2026, at 9:00 a.m., and to exclude time between September 24, 2026, and December 17, 2026, under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery including numerous investigative reports from several different investigative agencies, pictures, surveillance video from civilians and law enforcement investigators, and jail calls. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with her client, review the current charges and evidence, conduct investigation, discuss potential resolutions with her client, and otherwise prepare for potential pretrial motions and trial. In addition, the defendant was recently discharged from a substance abuse treatment program and is currently in the process of transitioning to a sober living environment.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2026 to December 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 16, 2026

ERIC GRANT
United States Attorney

/s/ *Zachary Malinski*
ZACHARY MALINSKI
Assistant United States Attorney

Dated: September 16, 2026

/s/ *Meghan McLoughlin*
Meghan McLoughlin
Counsel for Defendant
RACHELLE NICOLE
COPELAND

**ORDER**

IT IS SO FOUND AND ORDERED this 16th day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL CALABRETTA
UNITED STATES DISTRICT JUDGE